# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00056-CV

**In the Matter of the Marriage of Krystal Redding Bills and Bradley Gill Bills**

(No. 81418 IN 62ND DISTRICT COURT OF LAMAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MICHAEL D MOSHER |
| MOTION FEE | $10.00 | E-PAID | MARLENE HOCUTT |
| REPORTER'S RECORD | $330.00 | PAID | MIKE MOSHER |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | LAW OFFICE OF MICHAEL D. MOSHER |
| INDIGENT | $25.00 | PAID | LAW OFFICE OF MICHAEL D. MOSHER |
| FILING | $100.00 | PAID | LAW OFFICE OF MICHAEL D. MOSHER |
| STATEWIDE EFILING FEE | $20.00 | PAID | LAW OFFICE OF MICHAEL D. MOSHER |
| CLERK'S RECORD | $58.00 | PAID | MICHAEL MOSHER |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this January 23, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy